J. Malcolm DeVoy IV (Wisconsin Bar No. 1079780)
RANDAZZA LEGAL GROUP
7001 W. Charleston Blvd., #1043
Las Vegas, NV 89117
888-667-1113 (phone)
305-437-7662 (fax)
jmd@Randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

| | | |
|---|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | ) | Case No. 2:11-cv-394 |
| Plaintiff, | ) | **MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT** |
| vs. | ) | |
| SWARM OF November 27, 2010 to January 31, 2011, SHARING HASH FILE A3E6F65F2E3D672400A5908F64ED55B66A0880B8; AND DOES 1 through 3, | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT**

Plaintiff, Liberty Media Holdings (hereinafter "Liberty" or the "Plaintiff") files this Motion to Extend Time for Service of Complaint (hereinafter the "Motion") in the above-captioned case through its counsel, Randazza Legal Group. Plaintiff seeks leave of this Court to extend the time in which it may effect service of the Complaint (Doc. # 1) upon Defendants John Does 1-3, pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff seeks to extent the time in which it must serve the Defendants through and including October 20, 2011.

On April 22, 2011, Plaintiffs moved this Court to seek discovery from the Internet Service Providers ("ISP['s]") used by the Doe Defendants to infringe on Liberty's copyrights. The undersigned has propounded discovery upon the ISP's, receiving production from one of the ISP's. Plaintiff is also verifying the data received in its production to ensure that the proper

1
Case 2:11-cv-00394-RTR   Filed 08/22/11   Page 1 of 3   Document 7

parties are named as defendants in this action, and intends to do so with respect to data still to be produced to the Plaintiff.

Accordingly, good cause is present for this Court to grant Plaintiff a brief extension to obtain the necessary information to proceed in its case and serve the defendants in this matter once they are properly identified.

Date: August 22, 2011

s/ J. Malcolm DeVoy IV
J. Malcolm DeVoy IV
Wisconsin Bar No. 1079780
Randazza Legal Group
jmd@Randazza.com
7001 W. Charleston Blvd., #1043
Las Vegas, NV 89117
888-667-1113 (phone)
305-437-7662 (fax)

## CERTIFICATE OF SERVICE

The identities of the defendants in this case are currently unknown, and thus cannot be served.

Date: August 22, 2011

s/ J. Malcolm DeVoy IV
J. Malcolm DeVoy IV
Randazza Legal Group
