J. Malcolm DeVoy IV (Wisconsin Bar No. 1079780)
RANDAZZA LEGAL GROUP
7001 W. Charleston Blvd., #1043
Las Vegas, NV 89117
888-667-1113 (phone)
305-437-7662 (fax)
jmd@Randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

| | | |
|---|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | ) | Case No. 2:11-cv-394 |
| Plaintiff, | ) ) | **NOTICE OF DISMISSAL** |
| vs. | ) ) | |
| SWARM OF November 27, 2010 to January 31, 2011, SHARING HASH FILE A3E6F65F2E3D672400A5908F64ED55B66A0880B8; AND DOES 1 through 3, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Plaintiff, Liberty Media Holdings hereby dismisses this action WITHOUT PREJUDICE as to defendants John Doe 1-3, pursuant to Fed. R. Civ. P 41.

Date: October 6, 2011.

s/ J. Malcolm DeVoy IV
J. Malcolm DeVoy IV
Wisconsin Bar No. 1079780
Randazza Legal Group
jmd@Randazza.com
7001 W. Charleston Blvd., #1043
Las Vegas, NV 89117
888-667-1113 (phone)
305-437-7662 (fax)

# CERTIFICATE OF NON-SERVICE

I am an authorized representative of Randazza Legal Group; the defendants' true identities are unknown, and thus this notice cannot be served upon them.

Dated this 6th day of October, 2011.

                                                        By:   /s/ J. Malcolm DeVoy  
                                                                   J. Malcolm DeVoy